ACCEPTED
04-14-00903-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/13/2015 3:20:30 PM
KEITH HOTTLE
CLERK

January 13, 2015

Clerk, Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> Re:   Cause No. 04-14-00903-CV; *Lightning Oil Company v. Anadarko E&P Onshore LLC f/k/a Anadarko E&P Company LP*, pending in the Fourth District Court of Appeals, San Antonio, Texas.

Dear Clerk:

Please be advised that I have designated April 13 - 17, 2015, and June 22 - July 7, 2015, for vacation. Thus, I request the Court and opposing counsel set no hearings, trials, depositions or other matters during this time.

In advance, I thank you for your courtesies. As always,

Sincerely,

*/s/ Shayne D. Moses*

Shayne D. Moses

SDM:slb

cc:   Bruce K. Spindler                        *Via email:* *bspindler@langleybanack.com*
      John W. Petry                                        *jpetry@langleybanack.com*
      Stephen J. Ahl                                       *sahl@langleybanack.com*
      Robinson C. Ramsey                                   *rramsey@langleybanack.com*
      LANGLEY & BANACK, INC.
      745 E. Mulberry, Suite 900
      San Antonio, Texas 78212

      Donato D. Ramos                         *Via email:* *dondramos@yahoo.com*
      Donato D. Ramos, Jr.                                *donatoramosjr@ddrlex.com*
      LAW OFFICES OF DONATO D. RAMOS, PLLC
      P.O. Box 452009
      Laredo, Texas 78045